RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303
Email: shanan@jmr-law.net

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil Ghannam, CSN 300730

Attorneys for Defendants,
COUNTY OF SACRAMENTO,
ROBERT SCHULTZ, ERNIE STEWART,
and RAMI ZAKARIA


Charles A. Bonner
A. Cabral Bonner
Law Offices of Charles A. Bonner
475 Gate Five Road, Suite 212
Sausalito, Ca 94965
cbonner799@aol.com
cabral@bonnerlaw.com

Carrie Ann Colton
Colton Law
475 Gate Five Road, Suite 212
Sausalito, Ca 94965
cacolton@coltonlaw.com

Attorneys for Plaintiff,
DAPHNE ZEICHNER

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAPHNE ZEICHNER, | ) CASE NO:2:16-cv-00052-KJM-KJN |
| Plaintiff, | ) **ORDER ON STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT (DOC. 4) AND REQUEST TO CONTINUE MAY 12, 2016 STATUS CONFERENCE** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Parties' stipulated
2 request for a 30-day extension of time file a responsive pleading to Plaintiff's First Amended
3 Complaint (Doc. 4) is granted.  Defendants shall file their responsive pleading on or before June
4 2, 2016.

Further, good cause appearing, the Parties' stipulated request to continue the May 12, 2016 status (pretrial scheduling) conference is granted.  The status (pretrial scheduling) conference is now set for the new firm date of July 7, 2016, at 2:30 p.m. before District Judge Kimberly J. Mueller in Courtroom 3, the Parties to confer as contemplated by the Federal Rules of Civil Procedure 25 and Local Rule 240(b) at least twenty-one (21) calendar days before the status conference is held. The Parties joint status report is due at least seven (7) days prior to the status conference.

**IT IS SO ORDERED.**

DATED:   May 3, 2016

_____
UNITED STATES DISTRICT JUDGE